*E-Filed 1/23/12*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

SHAKIL MALHOTRA,

    Plaintiffs,

v.

CENTRAL PORTFOLIO CONTROL,

    Defendants.

No. C 11-05809 RS

**STANDBY ORDER OF DISMISSAL**

The Court has been informed that the above-entitled action has settled.  Accordingly, the Court vacates all pretrial and trial dates.  The parties are required to file a stipulation of dismissal by **March 9, 2012**.  If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **March 15, 2012, at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed.  Failure to comply with this Order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 1/23/12

RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE